UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Russell Scrocca</u>

                    v.                              Civil No. 08-cv-42-JL

<u>Alton Police Department  et al</u>

<u>O R D E R</u>

I herewith approve the Report and Recommendation of Magistrate Judge

Muirhead dated 2/12/08, no objection having been filed.

SO ORDERED.

April 14, 2008                          ***/s/ Joseph N. Laplante***
                                        Joseph N. Laplante
                                        United States District Judge

cc:    Richard C. Mooney , Esq.