UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Russell Scrocca

    v.                                 Civil No. 08-cv-00042-JL

Alton Police Department, et al.


**O R D E R**


The Preliminary Pretrial Conference was held in chambers on September 29, 2008.

The Discovery Plan (document no. 24) is approved as submitted.

The pending motion to dismiss will be held in abeyance pending the plaintiffs' motion to amend their complaint on or before **October 10, 2008**.  The "school defendants" will then either file a renewed motion to dismiss, or inform the court that they wish to proceed on the pending motion to dismiss as filed.


    **SO ORDERED.**

                                                _____
                                               Joseph N. Laplante
                                               United States District Judge

Dated:  September 29, 2008

```
cc:   Richard C. Mooney, Esq.
      R. Matthew Cairns, Esq.
      Dean B. Eggert, Esq.
```